CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARCUS SUMBLIN,<br>　　Movant, | )<br>) |
| v. | ) Civil Action No. 7:06-cv-00431<br>)<br>) **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>　　Respondent. | )<br>)<br>)<br>) By: Hon. James C. Turk<br>) Senior United States District Court Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, Mr. Sumblin's motion to vacate, correct, or set aside his conviction is hereby **DENIED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this order and the accompanying Memorandum Opinion to all counsel of record and to the Movant.

ENTER: This 29th day of January, 2007.

　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE